**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAARON CRAWFORD,

                     Plaintiff,

        -against-

US SECURITY ASSOCIATES,

                     Defendant.
-----------------------------------------------------------X

19 **CIVIL** 105 (PGG)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2020, Judge Lehrburger's Report & Recommendation is adopted in its entirety as to Plaintiff's federal claims, and Defendant's motion to dismiss is granted as to those claims with prejudice. Plaintiff's New York City Human Rights Law claim is dismissed without prejudice. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposed of an appeal; accordingly, the case is closed.

**Dated:** New York, New York
          January 6, 2020

                                        **RUBY J. KRAJICK**

                                        Clerk of Court
                  **BY:**
                                        **Deputy Clerk**