# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DAARON CRAWFORD

Write the full name of each plaintiff or petitioner.

Case No. 19 CV 00105

-against-

US Security Associates

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that DAARON CRAWFORD (plaintiff or defendant / name of party who is making the motion)

requests that the Court: Attn SDNY. I am requesting that you contact Leagle.com to remove my case and info from the internet. In the event I go back to work soon I do not wish to see my case public any longer on the internet

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

1/23/2020
Dated

Signature

Daaron Crawford
Name

Prison Identification # (if incarcerated)

6 W. 123rd Street
Address

City                State       Zip Code

646 577 2468
Telephone Number (if available)

daaroncrawford@gmail.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DARRON CRAWFORD**

---
Fill in above the full name of each plaintiff or petitioner.

Case No. **19** cv **00105**

-against-

---

Fill in above the full name of each defendant or respondent.

## DECLARATION

---

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, **Darron Crawford**, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Rev. 6/30/16

**MEMO ENDORSED:**

The application is denied. There is a strong presumption in favor of public access to judicial documents. See In re Orion Pictures Corp., 21 F.3d 24, 26 (2d Cir. 1994) ("[C]ourts have recognized a strong presumption of public access to court records. This preference for public access is rooted in the public's first amendment right to know about the administration of justice."); see also Hartford Courant Co. v. Pellegrino, 380 F.3d 83 (2d Cir. 2004) (noting that the "press and public possess a qualified First Amendment right of access to docket sheets"). Moreover, the entity that controls Leagle.com is not a party to this lawsuit and it would therefore be inappropriate for this Court to direct that entity to remove information from its website. See, e.g., United States v. Regan, 858 F.2d 115, 120 (2d Cir. 1988) ("[A] court generally may not issue an order against a nonparty."); Deem v. DiMella-Deem, No. 18-CV-11889 (KMK), 2019 WL 1958107, at *10 (S.D.N.Y. May 2, 2019), aff'd, 2020 WL 1813550 (2d Cir. Apr. 9, 2020) ("[C]ourts generally not order injunctive relief against non-parties. . . ."). The Clerk of Court is directed to terminate the motion and close the case. Copy mailed by chambers.

SO ORDERED.

*Paul S. Sandeple* [signature]

Dated: July 29, 2020

Attach additional pages and documents if necessary.

Executed on (date): 

Signature: [signature]

Name: AARON CRAWFORD

Prison Identification # (if incarcerated):

Address: 6 W. 123rd St. #4

City: New York   State: NY   Zip Code: 10027

Telephone Number (if available): 646 577 2468

E-mail Address (if available): daaroncrawford@gmail.com

Page 2